# EXHIBIT B

Form 27 - AFFIDAVIT OF SERVICE


P5021217

**HERMAN LAW**   Mary Theisen
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

M.B.
                                                    PLAINTIFF
                        - vs -
CHURCH OF ST. AIDEN, ETAL
                                                    DEFENDANT

index No. **900212/2021**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**NORBERTO MALDONADO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **11TH** day of **AUGUST, 2021 9:34AM** at

   **135 REMSEN STREET**

   **BROOKLYN NY 11201**

I served a true copy of the **SUMMONS AND COMPLAINT, AFFIDAVIT, REQUEST FOR JUDICIAL INTERVENTION, AFFIRMATION IN SUPPORT, CONFIDENTIAL LETTER TO DEFENDANT(S) IDENTIFYING PLAINTIFF LISTING: FULL LEGAL NAME, NAME AT TIME OF ABUSE, DOB, & LAST 4 DIGITS OF SS#, REQUEST FOR JUDICIAL INTERVENTION ADDENDUM** upon **FRANCISCAN BROTHERS, INC. A/K/A FRANCISCAN BROTHERS OF BROOKLYN A/K/A CONGREGATION OF THE RELIGIOUS BROTHERS OF THE THIRD ORDER REGULAR OF ST. FRANCIS** the **DEFENDANT** therein named by delivering to, and leaving personally with **MAUREEN B (REFUSED FULL NAME), AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE**  HAIR: **BLONDE**
APP.AGE: **55** APP. HT: **5''4** APP. WT: **190**
OTHER IDENTIFYING FEATURES


Sworn to before me this
12TH day of AUGUST, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

NORBERTO MALDONADO DCA LIC #1246635
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-HL-1-5021217


P5021159

Form 27 - AFFIDAVIT OF SERVICE

**HERMAN LAW**   Mary Theisen
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

M.B.
                                                PLAINTIFF       index No. **900212/2021**
                    - vs -                                      Date Filed
                                                                Office No.
CHURCH OF ST. AIDEN, ETAL                                       Court Date.
                                                DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NASSAU**    :SS:

**LAURA KLEINBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12TH** day of **AUGUST, 2021 12:01PM** at

   **505 WILLIS AVENUE**
   **WILLISTON PARK NY 11596**

I served a true copy of the **SUMMONS AND COMPLAINT, AFFIDAVIT, REQUEST FOR JUDICIAL INTERVENTION, AFFIRMATION IN SUPPORT, CONFIDENTIAL LETTER TO DEFENDANT(S) IDENTIFYING PLAINTIFF LISTING: FULL LEGAL NAME, NAME AT TIME OF ABUSE, DOB, & LAST 4 DIGITS OF SS#, REQUEST FOR JUDICIAL INTERVENTION ADDENDUM** upon **CHURCH OF ST. AIDEN** the **DEFENDANT** therein named by delivering to, and leaving personally with **JANE DOE (REFUSED FULL NAME), CLERK AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **60** APP. HT: **5'5** APP. WT: **150**
OTHER IDENTIFYING FEATURES
**GLASSES**


Sworn to before me this
17TH day of AUGUST, 2021

_____              _____
STACY DEMESA BERNARDO                   LAURA KLEINBERG
Notary Public, State of New York        PM Legal, LLC
01BE6400187                             1235 BROADWAY 2ND FLOOR
Qualified in QUEENS COUNTY              NEW YORK, NY 10001
Commission Expires 11/12/2023           Reference No: 7-HL-1-5021159

Form 27 - AFFIDAVIT OF SERVICE


P5021159

**HERMAN LAW** Mary Theisen
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

M.B.

                                                                                                        **PLAINTIFF**

- vs -

CHURCH OF ST. AIDEN, ETAL

                                                                                                          **DEFENDANT**

index No. **900212/2021**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NASSAU** :SS:

**LAURA KLEINBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12TH** day of **AUGUST, 2021 12:01PM** at

    **505 WILLIS AVENUE**

    **WILLISTON PARK NY 11596**

I served a true copy of the **SUMMONS AND COMPLAINT, AFFIDAVIT, REQUEST FOR JUDICIAL INTERVENTION, AFFIRMATION IN SUPPORT, CONFIDENTIAL LETTER TO DEFENDANT(S) IDENTIFYING PLAINTIFF LISTING: FULL LEGAL NAME, NAME AT TIME OF ABUSE, DOB, & LAST 4 DIGITS OF SS#, REQUEST FOR JUDICIAL INTERVENTION ADDENDUM** upon **CHURCH OF ST. AIDEN** the **DEFENDANT** therein named by delivering to, and leaving personally with **JANE DOE (REFUSED FULL NAME), CLERK AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **60** APP. HT: **5'5** APP. WT: **150**
OTHER IDENTIFYING FEATURES .
**GLASSES**

Sworn to before me this
17TH day of AUGUST, 2021

/STACY DEMESA BERNARDO
Notary Public, State of New York
01BE6400187
Qualified in QUEENS COUNTY
Commission Expires 11/12/2023

LAURA KLEINBERG
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-HL-1-5021159



Form 27 - AFFIDAVIT OF SERVICE

**HERMAN LAW**  Mary Theisen
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

M.B.
                                                    PLAINTIFF
                    - vs -

CHURCH OF ST. AIDEN, ETAL
                                                    DEFENDANT

index No. **900212/2021**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NASSAU**   :SS:

**LAURA KLEINBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12TH** day of **AUGUST, 2021 12:01PM** at

    **505 WILLIS AVENUE**

    **WILLISTON PARK NY 11596**

I served a true copy of the **SUMMONS AND COMPLAINT, AFFIDAVIT, REQUEST FOR JUDICIAL INTERVENTION, AFFIRMATION IN SUPPORT, CONFIDENTIAL LETTER TO DEFENDANT(S) IDENTIFYING PLAINTIFF LISTING: FULL LEGAL NAME, NAME AT TIME OF ABUSE, DOB, & LAST 4 DIGITS OF SS#, REQUEST FOR JUDICIAL INTERVENTION ADDENDUM** upon **ST. AIDAN SCHOOL** the **DEFENDANT** therein named by delivering to, and leaving personally with **JANE DOE (REFUSED FULL NAME), CLERK AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **60** APP. HT: **5'5** APP. WT: **150**
OTHER IDENTIFYING FEATURES
**GLASSES**

Sworn to before me this
17TH day of AUGUST, 2021

_____
STACY DEMERA BERNARDO
Notary Public, State of New York
01BE6400187
Qualified in QUEENS COUNTY
Commission Expires 11/12/2023

_____
LAURA KLEINBERG
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-HL-1-5021191

P5021191

Form 27 - AFFIDAVIT OF SERVICE

**HERMAN LAW**   Mary Theisen
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

M.B.
                                                    PLAINTIFF
                     - vs -

CHURCH OF ST. AIDEN, ETAL
                                                    DEFENDANT

index No. **900212/2021**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NASSAU**        :SS:

**LAURA KLEINBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12TH** day of **AUGUST, 2021 12:01PM** at

   **505 WILLIS AVENUE**

   **WILLISTON PARK NY 11596**

I served a true copy of the **SUMMONS AND COMPLAINT, AFFIDAVIT, REQUEST FOR JUDICIAL INTERVENTION, AFFIRMATION IN SUPPORT, CONFIDENTIAL LETTER TO DEFENDANT(S) IDENTIFYING PLAINTIFF LISTING: FULL LEGAL NAME, NAME AT TIME OF ABUSE, DOB, & LAST 4 DIGITS OF SS#, REQUEST FOR JUDICIAL INTERVENTION ADDENDUM** upon **ST. AIDAN SCHOOL** the **DEFENDANT** therein named by delivering to, and leaving personally with **JANE DOE (REFUSED FULL NAME), CLERK AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **60** APP. HT: **5'5** APP. WT: **150**
OTHER IDENTIFYING FEATURES
**GLASSES**

Sworn to before me this
17TH day of AUGUST, 2021

STACY DEMESA BERNARDO
Notary Public, State of New York
01BE6400187
Qualified in QUEENS COUNTY
Commission Expires 11/12/2023

LAURA KLEINBERG
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-HL-1-5021191